# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CS-2 | E 1148427 | GARAY | 5426 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 5/21/2021 · 2145HRS
Offense Charged: ☒ USC ☒ State Code — Title 18 USC.3 / CVC 23152 a & b
Place of Offense: CHAISSON PRIVE & FEGAN PRIVE INTERSECTION

Offense Description: Factual Basis for Charge

DRIVING UNDER THE INFLUENCE OF ALCOHOL
(PENDING BLOOD)

### DEFENDANT INFORMATION
Phone: (619) 681-2657
Last Name: MUDDE
First: DURESSA
MI: T

Tag No: 8UX13534   State: CA   Year: 2015   Make/Model: FORD/MUST   Color: GRY

### APPEARANCE IS REQUIRED
A ☒ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

Forfeiture Amount: $
+ $30 Processing Fee
Total Collateral Due: $

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
Court Address: 221 W. BROADWAY, SAN DIEGO, CA- 92101
Date:
Time:

Enclosure (3)

X Defendant Signature: [signature]

Original - CVB Copy
*E1148427*  144108
21-01480

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 21 MAY, 2021 while exercising my duties as a law enforcement officer in the SOUTHERN District of CALIFORNIA

SEE ATTACHED NARRATIVE

21-01480

The foregoing statement is based upon:
X my personal observation
X my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 7/9/2021   Officer's Signature: [signature]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident